IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DETRICH BATTLE, | * |
| Plaintiff, | * |
| v. | Case No. 5:20-cv-00063-MTT |
| | * |
| GEORGIA DEPARTMENT OF CORRECTIONS, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 26, 2021, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 27th day of August, 2021.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk